NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

KNOWLES ELECTRONICS LLC,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

ANALOG DEVICES, INC.
*Intervenor.*

---

2011-1260

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-695.

---

ON MOTION

---

ORDER

Upon consideration of the unopposed motion of Analog Devices, Inc. for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

APR 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven M. Bauer, Esq.
    Allan J. Sternstein, Esq.
    Sidney A. Rosenzweig, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2011

JAN HORBALY
CLERK